WHITEFORD, TAYLOR & PRESTON L.L.P.

Kenneth Oestreicher, Esquire (ko8890)
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9495
Fax: 410-625-7510
caritas@wtplaw.com

Special Counsel to the Debtors

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | Chapter 11 |
| **CARITAS HEALTH CARE, INC., et al.,** | Cases No. 09-40901 (CEC) through 09-40909 (CEC) |
| Debtors. | (Jointly Administered) |
| **CARITAS HEALTH CARE, INC.,** | |
| Plaintiff, | |
| v. | Adv. Pro. No. 11-01125-cec |
| **Kamran A Ansari,** | |
| Defendant. | |

### LINE REQUESTING REISSUANCE OF SUMMONS

Mr. / Ms. Clerk:

      Please reissue the summons for service upon the defendant in the above-referenced adversary proceeding. The plaintiff was unable to serve the original summons issued in this matter due to the process required to research and verify the defendant's current mailing

address and service information. The plaintiff now has obtained the defendant's mailing address or registered agent service information so that the summons and complaint may be served.


Dated: March 18, 2011
      Baltimore, Maryland         Respectfully submitted,

                                      WHITEFORD, TAYLOR & PRESTON L.L.P.

                                      /s/ Kenneth Oestreicher
                                      Kenneth Oestreicher, Esquire (ko8890)
                                      Seven Saint Paul Street, Suite 1800
                                      Baltimore, Maryland 21202
                                      Tel: 410-347-9495
                                      Fax: 410-625-7510
                                      caritas@wtplaw.com

                                      Special Counsel to the Debtors


*1942627*