WHITEFORD, TAYLOR & PRESTON L.L.P.

Kenneth Oestreicher, Esquire (ko8890)
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9495
Fax: 410-625-7510
caritas@wtplaw.com

Special Counsel to the Debtors

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **CARITAS HEALTH CARE, INC., et al.,** | Cases No. 09-40901 (CEC) through 09-40909 (CEC) |
| Debtors. | (Jointly Administered) |
| **CARITAS HEALTH CARE, INC.,** | |
| Plaintiff, | |
| v. | Adv. Pro. No. 11-01125-cec |
| **KAMRAN A. ANSARI,** | |
| Defendant. | |

**LINE REQUESTING SECOND REISSUANCE OF SUMMONS**

Mr. / Ms. Clerk:

Please reissue the summons for service upon the defendant in the above-referenced adversary proceeding. The plaintiff was unable to serve the original summons issued in this matter due to the process required to research and verify the defendant's current mailing address and service information. The plaintiff obtained the defendant's mailing address or

registered agent service information and requested a reissued summons, but did not receive the reissued summons through the electronic system. A second reissuance of the summons is requested at this time, with the same pretrial date of June 29, 2011 at 01:00 PM.

Dated: April 21, 2011
      Baltimore, Maryland

Respectfully submitted,

WHITEFORD, TAYLOR & PRESTON L.L.P.

 /s/ Kenneth Oestreicher
Kenneth Oestreicher, Esquire (ko8890)
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9495
Fax: 410-625-7510
caritas@wtplaw.com

Special Counsel to the Debtors

*1950074*