WHITEFORD, TAYLOR & PRESTON L.L.P.

Kenneth Oestreicher, Esquire (ko8890)
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9495
Fax: 410-625-7510
caritas@wtplaw.com

Special Counsel to the Debtors

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **CARITAS HEALTH CARE, INC., et al.,** | Cases No. 09-40901 (CEC) through 09-40909 (CEC) |
| Debtors. | (Jointly Administered) |
| **CARITAS HEALTH CARE, INC.,** | |
| Plaintiff, | |
| v. | |
| **KAMRAN A. ANSARI,** | Adv. Pro. No. 11-01125-cec |
| Defendant. | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 25, 2011 copies of the *Supplemental Summons and Notice of Pretrial Conference* and the *Complaint to (I) Avoid Preferential and Fraudulent Transfers and to Recover Property Pursuant to 11 U.S.C. §§ 547, 548 and 550; and (II) Disallow Claims Pursuant to 11 U.S.C. § 502(d)* were served by first-class mail, postage prepaid, upon the following:

Kamran A. Ansari
Studio Hadas Architecture PC
310 Woods Avenue
Oceanside, NY 11572


Dated: April 25, 2011
     Baltimore, Maryland                Respectfully submitted,

                                            WHITEFORD, TAYLOR & PRESTON L.L.P.

                                            /s/ Kenneth Oestreicher
                                            Kenneth Oestreicher, Esquire (ko8890)
                                            Seven Saint Paul Street, Suite 1800
                                            Baltimore, Maryland 21202
                                            Tel: 410-347-9495
                                            Fax: 410-625-7510
                                            caritas@wtplaw.com

                                            Special Counsel to the Debtors


1950739