UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
271 Cadman Plaza East
Suite 1595
Brooklyn, NY 11201
-------------------------------------------------- X

In re:
<u>CARTIAS HEALTH CARE, INC., et al.,</u>
Plaintiff

v.

KAMRAN A. ANSARI
Defendant/Debtor
-------------------------------------------------- X

BK Case No: 1-09-40901-cec
Adv. Proc No: 1-11-01125-cec

**ANSWER**



Defendant answers Plaintiff's complaint as follows:

13. Deny
14. Deny
15. Deny
16. Deny
17. Deny
18. Deny
19. Deny
20. Deny
21. Deny
22. Deny
23. Deny
24. Deny
25. Deny
26. Deny
27. Deny
28. Deny
29. Deny
30. Deny
31. Deny
32. Deny

WHEREFORE, the defendant respectfully request that the Bankruptcy Court enter relief and judgment in its favor and against the Plaintiff as follows:

1. The defendant received summons via fax from "Studio Hadas Architecture PC". Defendant denies all allegations except receiving check number 17672 in the amount of $3,200.00.

2. The defendant was hired by the Hospital on hourly basis for AutoCAD drawing drafting services. The drafting work was completed and billed in April 2008 and received the check in 2009 for $3,200.

2. The other amounts shown below were not received by the defendant, these payments were made to "Studio Hadas Architecture PC" and not to the defendant.
   16481         $10,000.00
   17235         $24,000.00
   17773         $59,000.00

3. The defendant does not own or have any share in the corporation,

   Studio Hadas Architecture PC
   310 Woods Avenue
   Oceanside, NY 11572

And for such other and further relief as the court deems just and proper.

Respectfully submitted,

Date: May 22. 2011

*[signature]*

Kamran A. Ansari
1533 Peninsula Blvd.
Hewlett, NY 11557
Cell: 917-804-0998

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------x
In re:

CARITAS HEALTH CARE, INC.,
et al.,

Debtor(s)

-----------------------------------x

Kamran A. Ansari,

vs.

Debtor(s)

-----------------------------------x

Case No. 1-09-40901-cec
Chapter 11
Adv. Pro. No. 11-01125-cec

CERTIFICATE OF SERVICE

The undersigned debtor certifies that on May 23RD, 2011 a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in a official depository under the exclusive care and custody of the United States Postal Service within the State of New York. Upon (specify) name and mailing address of each party served):

1. UNITED STATES BANKRUPTCY COURT
   271 CADMAN PLAZA EAST, SUITE 1595
   BROOKLYN, NY 11201-1800

2. KENNETH OESTREICHER
   WHITE FORD, TAYLOR & PRESTON, LLP
   7 ST. PAUL STREET
   BALTIMORE, MD 21202-1626

Dated: MAY 23RD, 2011

_____
Debtor(s) (signature)