WHITEFORD, TAYLOR & PRESTON L.L.P.

Kenneth Oestreicher, Esquire (ko8890)
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9495
Fax: 410-625-7510
caritas@wtplaw.com

Special Counsel to the Debtors

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CARITAS HEALTH CARE, INC., et al.,** | **Cases No. 09-40901 (CEC) through 09-40909 (CEC)** |
| **Debtors.** | **(Jointly Administered)** |
| **CARITAS HEALTH CARE, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Adv. Pro. No. 11-01125-cec** |
| **KAMRAN A. ANSARI And STUDIO HADAS ARCHITECTURE PC,** | |
| **Defendants.** | |

**LINE REQUESTING REISSUANCE OF SUMMONS**

Mr. / Ms. Clerk:

An Amended Complaint has been filed in this adversary proceeding to add as a defendant Studio Hadas Architecture PC. Please issue a summons for service upon

the new defendant Studio Hadas Architecture PC, having a pretrial date set for September 21, 2011 at 1:00 p.m.

Dated: June 15, 2011
      Baltimore, Maryland

Respectfully submitted,

WHITEFORD, TAYLOR & PRESTON L.L.P.

/s/ Kenneth Oestreicher
Kenneth Oestreicher, Esquire (ko8890)
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9495
Fax: 410-625-7510
caritas@wtplaw.com

Special Counsel to the Debtors

*1955380*