WHITEFORD, TAYLOR & PRESTON L.L.P.

Kenneth Oestreicher, Esquire (ko8890)
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9495
Fax: 410-625-7510
caritas@wtplaw.com

Special Counsel to the Debtors

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | Chapter 11 |
| **CARITAS HEALTH CARE, INC., et al.,** | Cases No. 09-40901 (CEC) through 09-40909 (CEC) |
| Debtors. | (Jointly Administered) |
| **CARITAS HEALTH CARE, INC.,** | |
| Plaintiff, | |
| v. | |
| **KAMRAN A. ANSARI** And **STUDIO HADAS ARCHITECTURE PC,** | Adv. Pro. No. 11-01125-cec |
| Defendant. | |

### CERTIFICATE OF SERVICE

The undersigned certifies that on June 17, 2011 copies of the *Supplemental Summons and Notice of Pretrial Conference* and the *Amended Complaint to (I) Avoid Preferential and Fraudulent Transfers and to Recover Property Pursuant to 11 U.S.C. §§ 547, 548 and 550; and (II) Disallow Claims Pursuant to 11 U.S.C. § 502(d)* were served by first-class mail, postage prepaid, upon the following:

2

| | |
|---|---|
| Kamran A. Ansari<br>Studio Hadas Architecture PC<br>310 Woods Avenue<br>Oceanside, NY 11572 | Studio Hadas Architecture PC<br>Dov Hadas<br>310 Woods Avenue<br>Oceanside, NY 11572 |

Studio Hadas Architecture PC
Dov Hadas
621 E Olive St
Long Beach, NY 11561-3708


Dated:  June 17, 2011
      Baltimore, Maryland        Respectfully submitted,

WHITEFORD, TAYLOR & PRESTON L.L.P.

 /s/ Kenneth Oestreicher
Kenneth Oestreicher, Esquire (ko8890)
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9495
Fax: 410-625-7510
caritas@wtplaw.com

Special Counsel to the Debtors

1950739