**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**CARITAS HEALTH CARE, INC., et al.,**<br><br>　　Debtors. | Chapter 11<br><br>Cases No. 09-40901 (CEC)<br>through 09-40909 (CEC)<br><br>(Jointly Administered) |
| **CARITAS HEALTH CARE, INC.,**<br><br>　　Plaintiff,<br><br>v.<br><br>**KAMRAN A. ANSARI and STUDIO HADAS ARCHITECTURE PC,**<br><br>　　Defendant. | Adv. Pro. No. 1-11-01125-cec |

## NOTICE OF SERVICE OF DISCOVERY

I certify that on the 19th day October, 2011, copies of the *Caritas Health Care, Inc.'s First Set of Interrogatories to Defendant, Kamran A. Ansari* and *First Request for Production of Documents of Caritas Health Care, Inc. to Defendant, Kamran A. Ansari* were sent via first class mail, postage prepaid, to:

Kamran A. Ansari
1533 Peninsula Blvd.
Hewlett, NY 11557

Respectfully submitted,

WHITEFORD, TAYLOR & PRESTON L.L.P.

 /s/ Kenneth Oestreicher
Kenneth Oestreicher, Esquire (ko8890)
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202
Tel: 410-347-9495
Fax: 410-625-7510
caritas@wtplaw.com

Special Counsel to the Debtors

*1972493*