UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:

CARITAS HEALTH CARE INC., et al.,

       Debtors.

---------------------------------------------------------------x

CARITAS HEALTH CARE, INC.,

       Plaintiff,

   - against -

KAMRAN A. ANSARI and
STUDIO HADAS ARCHITECTURE PC,

       Defendants.

---------------------------------------------------------------x

Chapter 11

Cases No. 09-40901 (CEC)
through 09-40909 (CEC)

(Jointly Administered)

Adv. Pro No. 11-01125-CEC

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

     **PLEASE TAKE NOTICE** that David A. Blansky, Esq., of LaMonica Herbst & Maniscalco, LLP, appears herein on behalf of the Defendants, Studio Hadas Architecture PC, and hereby demands that a copy of all notices and other papers be served upon me at LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Suite 201, Wantagh, New York 11793.

Dated:  October 27, 2011
         Wantagh, New York

                                 LAMONICA HERBST & MANISCALCO, LLP
                                 Attorneys for Studio Hadas Architecture PC

               By:   *s/ David A. Blansky*
                     David A. Blansky, Esq.
                     A Partner of the Firm
                     3305 Jerusalem Avenue, Suite 201
                     Wantagh, New York 11793
                     (516) 826-6500
                     Email: dab@lhmlawfirm.com

To:    Kenneth Oestreicher, Esq.
        WHITEFORD, TAYLOR & PRESTON L.L.P.
        *Special Counsel to Debtors*
        Seven Saint Paul Street, Suite 1800
        Baltimore, MD 21202

        Kamran A. Ansari
        *Defendant*
        1533 Peninsula Boulevard
        Hewlett, NY 11557