LaMonica Herbst & Maniscalco, LLP
Attorneys for the Plaintiff
3305 Jerusalem Avenue, Suite 201
Wantagh, NY 11793
(516) 826-6500
David A. Blansky, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:

CARITAS HEALTH CARE INC., et al.,

    Debtors.

-----------------------------------------------------------------x

CARITAS HEALTH CARE, INC.,

    Plaintiff,

- against -

KAMRAN A. ANSARI and
STUDIO HADAS ARCHITECTURE PC,

    Defendants.

-----------------------------------------------------------------x

Chapter 11

Cases No. 09-40901 (CEC)
through 09-40909 (CEC)

(Jointly Administered)

Adv. Pro No. 11-01125-CEC

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NASSAU    )

    ANGELA COLUCCI, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and resides in Oceanside, NY.

    On October 27, 2011, deponent served the ***Notice of Motion by Studio Hadas Architecture To Dismiss Amended Complaint under Rules 12(b)(4), 12(b)(5) and 12 (b)(6) of the Federal Rules of Civil Procedure and Made Applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure, Declaration of David A. Blansky in Support of Motion to Dismiss by Defendant Studio Hadas Architecture PC, Declaration of Dov Hadas in Support of Motion to Dismiss by Defendant Studio Hadas Architecture PC with Exhibits, and Notice of Appearance*** by First Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

To:   **See annexed Service List**

                                         *s/ Angela Colucci*
                                         Angela Colucci


Sworn to before me this
27th day of October 2011

*s/ Melanie A. FitzGerald*
Melanie A. FitzGerald
Notary Public, State of New York
No. 02FI4841188
Qualified in Nassau County
Commission Expires December 31, 2013

**SERVICE LIST**

Kenneth Oestreicher, Esq.
WHITEFORD, TAYLOR & PRESTON L.L.P.
*Special Counsel to Debtors*
Seven Saint Paul Street, Suite 1800
Baltimore, MD 21202

Kamran A. Ansari
*Defendant*
1533 Peninsula Boulevard
Hewlett, NY 11557

*M:\Documents\Company\Cases\Studio Hadas Architecture, PC\AOS - Motion to Dismiss w DAB Delcaration, Hadas declaration w exhibits.wpd*